UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF | ) | |
| THE GOSHUTE RESERVATION | ) | |
| P.O. BOX 6036 | ) | CASE # 1:06-cv-1902 RCL |
| Ibatah, Utah 84034 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORN | ) | Motion for Admission |
| Secretary of the Interior, | ) | Pro Hac Vice |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER | ) | |
| Special Trustee | ) | |
| Office of Special Trustee for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Thomas Girardi, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Thomas Girardi to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Thomas Girardi prepared and submitted in

1

2

accordance with LCvR 83.2(d) which demonstrates that Attorney Girardi meets all of the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF<br>THE GOSHUTE RESERVATION<br>P.O. BOX 6036<br>Ibatah, Utah 84034<br><div align="right">Plaintiff,</div><br>v.<br><br>DIRK KEMPTHORN<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>HENRY PAULSON<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue N.W.<br>Washington, D.C. 20220<br><div align="right">Defendants.</div> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE # 1:06-cv-1902 RCL<br><br><br><br><br><br>Declaration of<br>Thomas Girardi |

As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty of perjury as follows:

    1.    My legal name is Thomas Vincent Girardi.

    2.    My office address and telephone number are:

> Girardi|Keese
> 1126 Wilshire Boulevard
> Los Angeles, California 90017
> (213) 977-0211

    3.    I have been a member of the State Bar of California since January

        13, 1965. I am also admitted to practice law before the following courts:

        The United States District Court for the Central District of California
Admitted-January 1965

        The United States Supreme Court
Admitted-January 1965

        The United States District Court for the District of Hawaii
Admitted, 2001

        The United States District Court for the District of Indiana
Admitted, 2004

        The United States District Court for the District of Louisiana
Admitted, 2006

4.    I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5.    I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of November, 2006.

        /s/_____
        Thomas V. Girardi, Esq.
        Girardi|Keese
        1126 Wilshire Boulevard
        Los Angeles, California 90017
        (213) 977-0211

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF<br>THE GOSHUTE RESERVATION<br>P.O. BOX 6036<br>Ibatah, Utah, 84034<br><br>       Plaintiff,<br><br>  v.<br><br>DIRK KEMPTHORN<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>HENRY PAULSON<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue N.W.<br>Washington, D.C. 20220<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.1:06-cv- 1902 RCL<br><br><br><br><br><br><br>Proposed Order |

  For the reasons set for in the Motion filed by Attorney Thomas Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Thomas Girardi's Declaration dated November 10, 2006, which demonstrates that Attorney Girardi meets all of the requirements of LCvR 83.2 (d), it is

  ORDERED, this _____ day of November, 2006, that Attorney Thomas

1

2

Girardi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

                                                                                           _____
                                                                                           Royce C. Lambert
                                                                                           United States District Court Judge