UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF )<br>THE GOSHUTE RESERVATION )<br>P.O. BOX 6036 )<br>Ibatah, Utah 84034 )<br>         Plaintiff, )<br>)<br>    v.        )<br>)<br>DIRK KEMPTHORN )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>HENRY PAULSON )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>)<br>        Defendants. ) | CASE # 1:06-cv-1902 RCL<br><br><br><br><br><br><br>Motion for Admission<br>Pro Hac Vice |

---

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Keith Griffin, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Keith Griffin to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Keith Griffin prepared and submitted in accordance

1

2

with LCvR 83.2(d) which demonstrates that Attorney Griffin meets all of the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF )<br>THE GOSHUTE RESERVATION )<br>P.O. BOX 6036 )<br>Ibatah, Utah 84034 )<br>                              Plaintiff, )<br>                              )<br>            v.                     )<br>                              )<br>DIRK KEMPTHORN )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>                              )<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>                              )<br>HENRY PAULSON )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>                              )<br>                          Defendants. ) | CASE # 1:06-cv-1902 RCL<br><br><br><br><br><br><br><br>Declaration of<br>Keith Griffin |

DECLARATION OF KEITH D. GRIFFIN

      As required by LCvR 83.2(d), I Keith D. Griffin declare under penalty of perjury as follows:

1. My legal name is Keith D. Griffin.

2. My office address and telephone number are:
        Girardi & Keese
        1126 Wilshire Blvd.
        Los Angeles, CA 90017
        (213) 977-0211

3. I have been a member of the State Bar of California since December of 1999. I am also admitted to practice law before the United States District Courts for the Central District of California.

1

4. I have never been disbarred or suspended from the practice of law.  I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of  November 2006.

/s/_____
Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
 Los Angeles, California 90017
(213) 977-0211

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

CONFEDERATED TRIBES OF            )
THE GOSHUTE RESERVATION           )
P.O. BOX 6036                     )
Ibatah, Utah, 84034               )         CASE NO.1:06-cv- 1902 RCL
                                  )
            Plaintiff,            )
                                  )
        v.                        )
                                  )
DIRK KEMPTHORN                    )         Proposed Order
Secretary of the Interior,        )
U.S. Department of the Interior   )
1849 C Street, N.W.               )
Washington, D.C. 20240            )
                                  )
ROSS O. SWIMMER                   )
Special Trustee                   )
Office of Special Trustee for American Indians )
Department of the Interior        )
1849 C Street, N.W.               )
Washington, D.C. 20240            )
                                  )
HENRY PAULSON                     )
Secretary of the Treasury         )
1500 Pennsylvania Avenue N.W.     )
Washington, D.C. 20220            )
                                  )
            Defendants.           )
_____

    For the reasons set for in the Motion filed by Attorney Keith Griffin and signed

by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a

review of the Keith Griffin's Declaration dated November 10, 2006, which demonstrates

that Attorney Griffin meets all of the requirements of LCvR 83.2 (d),  it is ORDERED,

this _____ day of November, 2006,  that Attorney Keith Griffin's Motion

2

for Admission to Appear Pro Hac Vice in the above captioned case is

GRANTED.

_____
Royce C. Lambert
United States District Court Judge