UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF )<br>THE GOSHUTE RESERVATION )<br>P.O. BOX 6036 )<br>Ibatah, Utah 84034 )<br>                     Plaintiff, )<br>                           )<br>     v.                     )<br>                           )<br>DIRK KEMPTHORN )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>                           )<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>                           )<br>HENRY PAULSON )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>                           )<br>                   Defendants. ) | CASE # 1:06-cv-1902 RCL<br><br><br>Motion for Admission<br>Pro Hac Vice |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Walter Lack, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Walter Lack to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Walter Lack prepared and submitted in accordance with LCvR

1

2

83.2(d) which demonstrates that Attorney Lack meets all of the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF | ) | |
| THE GOSHUTE RESERVATION | ) | |
| P.O. BOX 6036 | ) | CASE # 1:06-cv-1902 RCL |
| Ibatah, Utah 84034 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORN | ) | Declaration of |
| Secretary of the Interior, | ) | Walter Lack |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER | ) | |
| Special Trustee | ) | |
| Office of Special Trustee for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |

As required by LCvR 83.2(d), I Walter J. Lack declare under penalty of perjury as follows:

1. My legal name is Walter John Lack.

2. My office address and telephone number are:
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552- 3800

3. I have been a member of the State Bar of California since November 8, 1973. I am also admitted to practice law before the following courts:

    The United States District Court for the Central District of California
    Admitted – November 8, 1973

      The United States District Court for the Ninth Circuit
      Admitted- 1973

      The United States Supreme Court
      Admitted – 1981

      The United States District Court for the District of Hawaii,
      Admitted, February 1, 2001

      The United States District Court for the District of Indiana,
      Indianapolis Division
      Admitted- June 2004

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of November 2006.

                                      ___/s/_____
                                      Walter John Lack
                                      California Bar # 57550
                                      Engstrom, Lipcomb & Lack
                                      10100 Santa Monica Boulevard
                                      16th Floor
                                      Los Angeles, California 90067
                                      (310) 552-3800

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF )<br>THE GOSHUTE RESERVATION )<br>P.O. BOX 6036 )<br>Ibatah, Utah, 84034 )<br>)<br>           <u>Plaintiff</u>, )<br>)<br>    v. )<br>)<br>DIRK KEMPTHORN )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>HENRY PAULSON )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>)<br>           <u>Defendants</u>. ) | CASE NO.1:06-cv- 1902 RCL<br><br>Proposed Order |

      For the reasons set for in the Motion filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Walter's J. Lack's Declaration dated November 10, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d),   it is

1

2

ORDERED, this _____ day of November, 2006, that Attorney Walter Lack's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge