UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF ) <br> THE GOSHUTE RESERVATION ) <br> P.O. BOX 6036 ) <br> Ibatah, Utah 84034 ) <br>        Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> DIRK KEMPTHORN ) <br> Secretary of the Interior, ) <br> U.S. Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> ROSS O. SWIMMER ) <br> Special Trustee ) <br> Office of Special Trustee for American Indians ) <br> Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> HENRY PAULSON ) <br> Secretary of the Treasury ) <br> 1500 Pennsylvania Avenue N.W. ) <br> Washington, D.C. 20220 ) <br> ) <br>        Defendants. ) | CASE # 1:06-cv-1902 RCL <br><br><br> Motion for Admission <br> Pro Hac Vice |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Brian J. Leinbach, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Brian J. Leinbach to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Brian Leinbach prepared and submitted in

1

2

accordance with LCvR 83.2(d) which demonstrates that Attorney Leinbach meets

all of the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553

2

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF<br>THE GOSHUTE RESERVATION<br>P.O. BOX 6036<br>Ibatah, Utah 84034 | )<br>)<br>)<br>) | CASE # 1:06-cv-1902 RCL |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| DIRK KEMPTHORN<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | Declaration of<br>Brian Leinbach |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | |
| HENRY PAULSON<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

DECLARATION OF BRIAN J. LEINBACH

As required by LCvR 83.2(d), I BRIAN J. LEINBACH, declare under penalty of perjury as follows:

1. My legal name is Brian J. Leinbach

2. My office address and telephone number are:
   Engstrom, Lipcomb & Lack
   10100 Santa Monica Boulevard
   16th Floor
   Los Angeles, California 90067-4107
   (310) 552- 3800

3. I have been a member of the State Bar of California since December 14, 1992. I

am also admitted to practice law before the United States District Court for the Central District of California in December 14, 1992.

    4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

    5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

    6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of November 2006.

/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800

2

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF ) <br> THE GOSHUTE RESERVATION ) <br> P.O. BOX 6036 ) <br> Ibatah, Utah, 84034 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORN ) <br> Secretary of the Interior, ) <br> U.S. Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> ROSS O. SWIMMER ) <br> Special Trustee ) <br> Office of Special Trustee for American Indians ) <br> Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> HENRY PAULSON ) <br> Secretary of the Treasury ) <br> 1500 Pennsylvania Avenue N.W. ) <br> Washington, D.C. 20220 ) <br> ) <br> Defendants. ) | CASE NO.1:06-cv- 1902 RCL <br><br> Proposed Order |

For the reasons set for in the Motion filed by Attorney Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Brian Leinbach's Declaration dated November 10, 2006, which demonstrates that Attorney Leinbach meets all of the requirements of LCvR 83.2 (d), it is ORDERED, this _____ day of November, 2006, that Attorney Brian

1

2

Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge