AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Nov 16, 2006 |
| NAME OF SERVER (PRINT) Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Complaint served by certified return receipt mail on Ross Swimmer on 11-16-2006

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 20, 2006            Patricia Marks
            Date                    Signature of Server

                                    15992 AE Mullinix
                                    Woodbine, MD 21797
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Ross Swimmer
   Special Trustee for Indian Affairs
   United States Dept. of Interior
   1849 C. Street N.W.
   Washington, D.C. 20240

   *Goshute*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *M. Mercury*    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): *Melanie Kasai*    C. Date of Delivery: 11/16/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0007 7399 9140

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540