IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF ) | |
| THE GOSHUTE RESERVATION, ) | |
|   ) | |
| Plaintiff, ) | |
|   ) | |
| v.   ) | No. 1:06-cv-01902-JR |
|   ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
|   ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION FOR TEMPORARY STAY OF LITIGATION
AND [PROPOSED] ORDER**

Pursuant to the federal and local civil court rules, the parties respectfully request that the Court issue a temporary stay of the litigation of this case, effective immediately, to and including June 29, 2007. The grounds for this joint motion are as follows:

1.  Plaintiff filed this case for declaratory and injunctive relief against Defendants on November 7, 2006. Complaint, Doc. 1 (November 7, 2006). Also, on December 28, Plaintiff filed a companion case for money damages against the United States, in the United States Court of Federal Claims, Confederated Tribes of the Goshute Reservation v. United States, No. 1:06-cv-00912-EGB (Fed. Cl.). Plaintiff's claims and allegations in both cases relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2.  Based on Plaintiff's service of the Complaint and the Summons in this case on Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure (Fed.R.Civ.P.), Defendants' Answer or response to the Complaint is presently due January 22, 2007.

3.  On January 4 and January 9, 2007, Plaintiff's counsel, Brian Leinbach, conferred with Defendants' counsel, and, among other things, they discussed and agreed to (a) explore the

possibility of settlement in this case; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, so as to enable the launching and conduct of settlement discussions; and (c) seek a temporary stay of litigation, to and including June 29, 2007, in this case and in the companion case in the Court of Federal Claims, Confederated Tribes of the Goshute Reservation, No. 1:06-cv-00912-EGB, so that the parties can launch and conduct settlement discussions.  Counsel's discussion and their agreement were consistent with the ones that resulted from the meeting that they conducted in September, 2006, in other Tribal trust accounting and trust mismanagement cases that Plaintiff's counsel have filed or are handling in this Court and in the Court of Federal Claims, on behalf of other Tribes.

4.  In addition to this case and the companion case in the Court of Federal Claims, Confederated Tribes of the Goshute Reservation, No. 1:06-cv-00912-EGB, Plaintiff's counsel have filed or are handling 30 other lawsuits against Defendants and/or the United States, on behalf of 15 other Tribes, in this Court and in the Court of Federal Claims.  In total, Plaintiff's counsel are currently representing 16 Tribes (including Plaintiff), and, on behalf of those Tribes, they have filed or are handling 16 cases for declaratory and injunctive relief in this Court (including this case)[1] and

---

[1]     The 16 cases that Plaintiff's counsel have filed or are handling in this Court are Cheyenne River Sioux Tribe v. Kempthorne, No. 1:06-cv-01897-JR; Confederated Tribes of the Goshute Reservation v. Kempthorne, No. 1:06-cv-01902-JR; Crow Creek Sioux Tribe v. Kempthorne, No. 1:06-cv-00900-JR; Eastern Shawnee Tribe of Oklahoma v. Kempthorne, No. 1:06-cv-02162-JR; Iowa Tribe of Kansas and Nebraska v. Kempthorne, No. 1:06-cv-01899-JR; Lower Brule Sioux Tribe v. Kempthorne, No. 1:05-cv-02495-JR; Muscogee (Creek) Nation of Oklahoma v. Kempthorne, No. 1:06-cv-02161-JR; Northwest Band of Shoshone Indians v. Kempthorne, No. 1:06-cv-02163-JR; Oglala Sioux Tribe v. Kempthorne, No. 1:04cv01126-JR; Omaha Tribe of Nebraska v. Kempthorne, No. 1:04cv00901-JR; Prairie Band of Potawatomi Indians v. Kempthorne, No. 1:05cv02496-JR; Red Cliff Band of Lake Superior Indians v. Kempthorne, No. 1:06-cv-02164-JR; Rosebud Sioux Tribe v. Kempthorne, No. 1:05-cv-02492-JR; Stillaguamish Tribe of Indians v. Kempthorne, No. 1:06-cv-01898-JR; Winnebago Tribe of Nebraska v. Kempthorne, No.
(continued...)

16 companion cases for damages in the Court of Federal Claims.[2]  All of these cases are Tribal trust accounting and trust mismanagement cases.

5.  By counsel's computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court, in the United States Court of Federal Claims, and in the United States District Courts in Oklahoma.  This number includes the 32 cases filed or being handled by Plaintiff's counsel.

6.  Based on their discussions, counsel for the parties herein have agreed that, if at all possible, they would try to convene a meeting and/or conference call with the counsel for the Tribes in the 103 lawsuits so that they could confer, among other things, about various options for addressing and handling the entire body of the 103 cases (or parts thereof), in an efficient, cost-effective, and resource-conserving way.  Counsel for the parties herein further have agreed that, at the minimum, they would confer about a process for obtaining relevant or potentially relevant documents and data and for exploring the possibility of settlement in the 32 cases (including this

---

[1]/(...continued)
1:05cv02493-JR; and Wyandot Nation of Kansas v. Kempthorne, No. 1:05cv02491-JR.

[2]/    The 16 cases that Plaintiff's counsel have filed or are handling in the Court of Federal Claims are Cheyenne River Sioux Tribe v. United States, No. 06-cv-00915-NBF; Confederated Tribes of the Goshute Reservation v. United States, No. 06-cv-00912-EGB; Crow Creek Sioux Tribe v. United States, No. 05-cv-1383L-MCW; Eastern Shawnee Tribe of Oklahoma v. United States, No. 06-cv-00917-CFL; Iowa Tribe of Kansas and Nebraska v. United States, No. 06-cv-00920-EJD; Lower Brule Sioux Tribe v. United States, No. 06-cv-00922-LB; Muscogee (Creek) Nation of Oklahoma v. United States, No. 06-cv-00918-JFM; Northwest Band of Shoshone Indians v. United States, No. 06-cv-00914-LB; Oglala Sioux Tribe v. United States, No. 05-cv-1378L; Omaha Tribe of Nebraska v. United States, No. 06-cv-00911-MBH; Prairie Band of Potawatomi Indians v. United States, No. 06-cv-00921-LJB; Red Cliff Band of Lake Superior Indians v. United States, No. 06-cv-00923-JPW; Rosebud Sioux Tribe v. United States, No. 06-cv-00924-EGB; Stillaguamish Tribe of Indians v. United States, No. 06-cv-00916-NBF; Winnebago Tribe of Nebraska v. United States, No. 06-cv-00913-MMS; and Wyandot Nation of Kansas v. United States, No. 06-cv-00919-LMB.

one) that have been brought by Plaintiff's counsel in this Court and the Court of Federal Claims.

7.     Given that it would require some time and effort to convene a discussion among themselves (about the 32 cases that Plaintiff's counsel have filed or are handling) and/or with the counsel for the other Tribes (about the 103 or so cases), counsel for the parties herein have agreed that it would be proper, sensible, and appropriate to seek a temporary stay of the litigation of this case, to and including June 29, 2007, so as to permit an adequate opportunity for such a discussion. Also, counsel have agreed that, on or before June 29, 2007, they would inform the Court in writing of the outcome of their joint discussion and their proposal, if any, about whether and how to proceed with the case (e.g., informal settlement discussions, mediation, litigation, etc.).

8.     Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

   a.     Temporarily stay the litigation of this case, to and including June 29, 2007;

   b.     Make the temporary stay effective immediately, thus deferring, among other things, the deadline for Defendants to file their Answer or otherwise respond to the Complaint (currently, January 22, 2007), until after the termination of the stay; and

   c.     Allow Defendants ten business days after the termination of the temporary stay (or to and including July 16, 2007) within which to file its Answer or otherwise respond to the Complaint.

9.     On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of Plaintiff or Defendants herein. On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to

confer among themselves and with the Tribes in the other Tribal trust accounting and trust mismanagement lawsuits and possibly devise an efficient, cost-effective, and resource-conserving way for addressing and handling the 103 cases (or some portion of those cases) that have been filed by Plaintiff and other Tribes in this Court and the Court of Federal Claims.

WHEREFORE, the parties respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 22nd day of January, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

/s/ Patricia A. Marks
PATRICIA A. MARKS
United States District Court Bar #22672
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

WALTER J. LACK
BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

THOMAS V. GIRARDI
KEITH GRIFFIN
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436

/s/ Anthony P. Hoang
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

GLADYS COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

Tel:  (310) 858-6944
Fax: (818) 905-7038

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT MOTION FOR TEMPORARY STAY AND [PROPOSED] ORDER was served on January 22, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

                                        */s/ Anthony P. Hoang*
                                        ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, <u>et al.</u>,<br><br>    Defendants. | No. 1:06-cv-01902-JR |

## [PROPOSED] ORDER

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case is temporarily stayed until June 29, 2007; and

3. Defendants shall have to and including July 16, 2007, within which to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: _____     _____
                                                                           HON. JAMES ROBERTSON
                                                                           United States District Judge