IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF ) <br> THE GOSHUTE RESERVATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. 1:06cv01902-JR |

## **NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kevin J. Larsen as additional counsel for defendants in this case.

Service of all papers on Mr. Larsen by regular United States mail should be made to the following address:

>Kevin J. Larsen
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone: (202) 305-0258
>Facsimile: (202) 353-2021
>E-mail: kevin.larsen@usdoj.gov

Express Delivery:

>601 D. Street, N.W.
>Room 3142
>Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original

process, should continue to be made upon Anthony P. Hoang and Martin J. LaLonde, co-counsel for the defendants.

    Respectfully submitted this 29th day of May, 2007,

                                */s/ Kevin J. Larsen*
                                KEVIN J. LARSEN

                                ANTHONY P. HOANG, FL Bar #798193
                                MARTIN J. LALONDE, IL Bar #6218249
                                KEVIN J. LARSEN, AZ Bar #019865
                                United States Department of Justice
                                Environment and Natural Resources Division
                                Natural Resources Section
                                P.O. Box 663
                                Washington, D.C.  20044-0663
                                Tel: (202) 305-0241
                                Tel: (202) 305-0247
                                Tel: (202) 305-0258
                                Fax: (202) 353-2021

                                Attorneys for Defendants

                                OF COUNSEL:

                                GLADYS ORR COJOCARI
                                Office of the Solicitor
                                United States Department of the Interior
                                Washington, D.C.  20240

                                RACHEL HOWARD
                                Office of the Chief Counsel
                                Financial Management Service
                                United States Department of the Treasury
                                Washington, D.C.  20220

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on March 27, 2007, by Electronic Case Filing or by regular United States Mail, first-class postage pre-paid, and electronic mail transmission or telefax, unless otherwise noted below, on the following counsel:

BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Tel:  (410) 489-4553
Fax: (301) 854-5117

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel:  (213) 977-0211
Fax: (213) 481-1554

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel:  (310) 858-6944
Fax: (818) 905-7038

*/s/ Kevin J. Larsen*

KEVIN J. LARSEN
