**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONFEDERATED TRIBES OF THE :
GOSHUTE RESERVATION, :
 :
    Plaintiff, :
 :
  v. : Civil Action No. 06-1902 (JR)
 :
DIRK KEMPTHORNE, Secretary of :
the Interior, *et al.*, :
 :
    Defendants. :

### ORDER

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.

                                                 JAMES ROBERTSON
                                   United States District Judge