IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CONFEDERATED TRIBES OF <br> THE GOSHUTE RESERVATION <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, <br> Secretary of the Interior, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-01902-JR |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

On April 29, 2008, the Salt River Pima-Maricopa Indian Community ("the Community") and other plaintiffs filed motions for the entry of trust record preservation orders ("Motion for RRO") in their respective cases. *See, e.g.,* Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the memorandum accompanying the Motion for RRO, counsel for the Community represented that twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See, e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32) at 3. Plaintiff in this case is among the Tribes identified as having joined in the Motion for RRO. *Id.* Indeed, on May 2, 2008, Plaintiff in the instant case filed a formal motion joining in the Motion for RRO. *Confederated Tribes of the Goshute Reservation, v. Kempthorne*, Case No. 06-CV-01902-JR (D.D.C.) (Dkt. No. 37). The Court granted Plaintiff's Motion to join on May 6, 2008.

On the same date as this Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Response"), Defendants in *Salt River Pima-Maricopa Indian Community* have filed, or will file, a Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Opposition"), as well as numerous declarations in support of the Opposition. In the Opposition, Defendants explain in great detail why record retention orders in these Tribal trust cases are unnecessary and prejudicial to the Defendants because the orders would, (1) in all critical respects, be duplicative of record preservation procedures already in place, and (2) in numerous critical respects, impose burdens upon the defendants that would substantially impede their operations and mission. Because Defendants in the instant case believe that no trust preservation order is necessary or appropriate, Defendants join in the Opposition filed by the defendants in *Salt River Pima Maricopa Tribe*, and, in support of the instant Response, rely upon the declarations filed in support of the Opposition.

For the reasons set forth above, as well as the reasons set forth in the Opposition and supporting declarations filed in *Salt River Pima Maricopa Tribe*, Defendants request that Plaintiffs' Motion for Entry of Trust Record Preservation Order be denied in its entirety.

Respectfully submitted this 20th day of June 2008,

                                        RONALD J. TENPAS
                                        Assistant Attorney General

                                        */s/ Maureen E. Rudolph*
                                        MAUREEN E. RUDOLPH, SD Bar # 3176
                                        ANTHONY P. HOANG, FL Bar # 798193
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Natural Resources Section
                                        P.O. Box 663
                                        Washington, D.C.  20044-0663
                                        Tel:   202-305-0479
                                        Tel:   202-305-0241

        Fax:    202-353-2021

        maureen.rudolph@usdoj.gov
        anthony.hoang@usdoj.gov

Attorneys for Federal Defendants

OF COUNSEL:

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2008, I electronically transmitted the foregoing DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF TRUST RECORD PRESERVATION ORDER to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the attorneys listed on the ECF system for this case.

        */s/ Maureen E. Rudolph*
        MAUREEN E. RUDOLPH

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF ) <br> THE GOSHUTE RESERVATION ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) | No. 1:06-cv-01902-JR |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Entry of Trust Record Preservation Order. Upon consideration of the motion and supporting memoranda, the response filed in this case as well as the response submitted by the defendants in *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.), the record, and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, Plaintiff's motion is DENIED.


Dated: _____           _____
                                   JAMES ROBERTSON
                                   United States District Judge